ACCEPTED
06-15-00120-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/9/2015 10:38:50 AM
DEBBIE AUTREY
CLERK

# NO. 06-15-00120-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/9/2015 10:38:50 AM
DEBBIE AUTREY
Clerk

## IN THE
## THE SIXTH COURT OF APPEALS
## FOR THE STATE OF TEXAS

# PATRICK STEWART

**Appellant**

**V.**

# STATE OF TEXAS

**Appellee**

APPEAL FROM THE 87TH JUDICIAL DISTRICT COURT
OF FREESTONE COUNTY, TEXAS
TRIAL COURT CAUSE NUMBER 14-153-CR

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

LAW OFFICE OF STAN SCHWIEGER
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
E-mail: wacocrimatty@yahoo.com
State Bar No. 17880500

**PATRICK STEWART,** Appellant, moves for an extension of THIRTY (30) days in which to file Appellant's Brief:

I.

On May 19, 2015, Appellant was convicted of the offense of Burglary of a Building in the 87th District Court, in cause number 14-153-CR. After being found guilty, Appellant was sentenced to two (2) years in the State Jail Division of the Texas Department of Criminal Justice.

II.

### REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A.   ***The deadline for filing the extension***:[1] September 9, 2015.

B.   ***The length of the extension sought***:[2] Thirty (30) days.

C.   ***The facts relied upon to reasonably explain the need for the extension***:[3]

I am familiar with the commentary of this Court from the website which states that this Court is reticent to grant second extensions, especially on state jail cases. However, my workload has been extreme during the pendency of this matter.

I tried a child sexual assault allegation during the pendency of this matter (the defendant pled to an agreed sentence prior to guilt

---

[1]   TEX. R. APP. P. 10.5(b)(1)(A).

[2]   TEX. R. APP. P. 10.5(b)(1)(B).

[3]   TEX. R. APP. P. 10.5(b)(1)(C).

deliberations). I am currently preparing for a priority setting on an aggravated robbery, scheduled to begin on September 14, 2015 which is expected to last at least one week.

As to appellate work, I prepared and filed a brief in the Tenth Court of Appeals on September 9, 2015. This matter had two prior extensions. In addition, I received an opinion from the Tenth Court of Appeals which will require a Motion for Rehearing. I have several other briefs due in various federal and state appellate courts.

Finally, my office mate of over 20 years unexpectedly passed away in her sleep August, 21 2015. I was appointed as the conservator over her files, per State Bar Rules. This involves the responsibility of contacting her clients, attending and resetting hearings, returning the file to the clients, and other matters regarding her practice. In addition, I have assisted and will continue to assist her estate in probate matters. Outside counsel has been retained by the heirs, but the estate will need access to business records contained in this office.

In addition, this Court should also note that Mr. Stewart has a pending appeal on his denial of appellate bail [which was not transferred to this court, in cause number 10-15-00274-CR, in the Tenth Court of Appeals]. I would argue that the circumstances justify a continuance of at least 30 days, even with the fact that this matter is a but a state jail felony.

D.    ***Number of previous extensions granted for previous Motions for Extension***:[4]  One.

---

[4]    TEX. R. APP. P. 10.5(b)(1)(D).

III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in preparing Appellant's brief.

## REQUEST FOR RELIEF

Appellant prays that the Court grant this Motion and extend the deadline for filing Appellant's brief to October 9, 2015. In the alternative, Appellant requests that this Court grant such additional time as is just and proper.

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**

*/s/ Stan Schwieger*
Stan Schwieger
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
E-mail: wacocrimatty@yahoo.com
State Bar No. 17880500
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

A copy of this Motion was delivered to the Freestone County District Attorney's Office, Chris Martin at chris.martin@co.freestone.tx.us on September 9, 2015 by this Court's electronic filing service.

/s/ Stan Schwieger
Stan Schwieger